**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMERO ANTONIO TORRES,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-CV-0578-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Having reviewed the stipulation for voluntary remand, which is signed by all parties, see ECF No. 11, this matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will take further action to develop the record and, as necessary, issue a new decision. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: August 25, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE